| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| |
| GARY C. ZEITZ, L.L.C. |
| LINDA S. FOSSI, ESQUIRE (LF 1720) |
| ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933) |
| 1101 Laurel Oak Road, Suite 170 |
| Voorhees, New Jersey 08043 |
| (856) 857-1222 |
| *Attorneys for Creditor,* |
| *U.S. BANK CUST/PRO CAPITAL I, LLC* |

Order Filed on February 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TARVEL D. JOHNSON

Case No.: 15-16758/ABA

Hearing Date: February 7, 2017

Judge: Andrew B. Altenburg, Jr.

## ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the certification of default of U.S. Bank Cust/Pro Capital I, LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Tarvel D. Johnson (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Kevin C. Fayette, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 2984 Congress Road, Camden, New Jersey, Block 704, Lot 10 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien on February 17, 2016, resulting in the entry of an Order resolving the Motion on March 24, 2016; and

IT FURTHER APPEARING that Creditor filed a certification of default with respect to the March 24, 2016 Order; and the Debtor filed opposition thereto; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Within ten (10) days of the entry of this Order, the Debtor shall pay all outstanding post-petition taxes owing to Camden on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

2. In the event the Debtor fails to make any of the post-petition payments required to be made to Camden on account of the Property or fails to make any payments under the

Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with seven (7) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

3. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $350.00 on account of the legal fees and costs incurred in the prosecution of its certification of default.